UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Zhacoriah Bell,

    Plaintiff,                                  Case No. 2:24-cv-10557-SJM-KGA
                                                 Hon. Stephen J. Murphy III

-vs.-

Equifax Information Services, LLC, and
All-State Credit Bureau, Inc,

    Defendants.
_____/

## NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

    Plaintiff and Defendant, Equifax Information Services, LLC have agreed to settle their dispute and intend to file a Voluntary Dismissal as to Equifax Information Services, LLC., with prejudice, no later than October 6, 2024.

August 6, 2024                                  Respectfully submitted,

                                                       /s/ Gary Hansz
                                                     Gary Hansz
                                                     Georgia Bar No. 534669
                                                     27600 Farmington Road, Suite 108
                                                     Farmington Hills, MI 48334
                                                     Phone: (248) 353-2882
                                                     Fax: (248) 353-4840
                                                     gary.hansz@crlam.com
                                                     *Attorneys for Plaintiff,*
                                                     *Zhacoriah Bell*

## **PROOF OF SERVICE**

    I, Gary Hansz, hereby state that on August 6, 2024, I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

/s/ Gary Hansz