UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Zhacoriah Bell,

    Plaintiff,                                           Case No. 2:24-cv-10557-SJM-KGA
                                                     Hon.  Stephen J. Murphy  III

-vs.-

Equifax Information Services, LLC, and
All-State Credit Bureau, Inc,

    Defendants.
_____/

**<u>STIPULATION OF DISMISSAL
AS TO DEFENDANT ALL-STATE CREDIT BUREAU, INC. WITH
PREJUDICE AND WITHOUT COSTS</u>**

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant All-State Credit Bureau, Inc. only, with prejudice and without attorney's fees or costs to either party.

                                                        Respectfully submitted,

Daet:  August 7, 2024

                                                        */s/ Gary Hansz*
                                                        Gary Hansz P44956
                                                        Credit Repair Lawyers of America
                                                        27600 Farmington Road
                                                        Suite 108
                                                        Farmington Hills, Michigan 48334
                                                        Email: gary.hansz@crlam.com
                                                        *Attorney for Plaintiff Zhacoriah Bell*

>*/s/ Charity A. Olson (with consent)*
>Charity A. Olson P68295
>Olson Law Group
>P.O. Box 708
>Saline, Michigan 48176
>734-255-6908
>Colson@olsonlawpc.com
>*Attorneys for Defendant All-State Credit Bureau, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 7, 2024, I electronically filed a copy of the foregoing paper and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

>*/s/Gary Hansz*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Zhacoriah Bell,

    Plaintiff,                                                         Case No. 2:24-cv-10557-SJM-KGA
                                                                         Hon. Stephen J. Murphy III

-vs.-

Equifax Information Services, LLC, and
All-State Credit Bureau, Inc,

    Defendants.
_____/

## [PROPOSED] STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ALL-STATE CREDIT BUREAU, INC.

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant All-State Credit Bureau, Inc. only, are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Defendant All-State Credit Bureau, Inc. as a party in this action and remove its attorneys of record from receiving ECF Notifications.


Date: _____                               _____
                                                                                  Judge of United States District Court