UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZHACORIAH BELL,

        Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC, and ALL-STATE
CREDIT BUREAU, INC.,

        Defendants.
                                     /

Case No. 2:24-cv-10557

HONORABLE STEPHEN J. MURPHY, III

**ORDER DISMISSING DEFENDANT
<u>EQUIFAX INFORMATION SERVICES, LLC AND CLOSING CASE</u>**

Plaintiff Zhacoriah Bell filed a notice of settlement and stated that he settled his claims against Defendant Equifax Information Services. ECF 15, PgID 119. Because of the resolution, there is no longer a case or controversy between the parties. The Court will therefore dismiss Defendant Equifax without prejudice and require the parties to file closing documents dismissing the case with prejudice no later than October 6, 2024. The Court will retain jurisdiction to resolve any disputes over settlement matters, including vacating the dismissal if the settlement ultimately fails. The Court is most appreciative of the parties' efforts to resolve the case and to keep the Court informed of developments.

**WHEREFORE**, it is hereby **ORDERED** that **DEFENDANT EQUIFAX INFORMATION SERVICES** is **DISMISSED WITHOUT PREJUDICE**.

1

**IT IS FURTHER ORDERED** that the Parties must **FILE** their closing documents dismissing the case with prejudice **no later than October 6, 2024**.

**IT IS FURTHER ORDERED** that the motion to dismiss [12] and amended motion to dismiss [13] are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of the Court must **CLOSE** the case.

This is a final order that closes the case.

**SO ORDERED.**

s/ Stephen J. Murphy, III<br>STEPHEN J. MURPHY, III<br>United States District Judge

Dated: August 7, 2024